AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>August 21, 2019 |
| NAME OF SERVER *(PRINT)*<br>Curt Marcucci | TITLE<br>Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Toni Pacheco, receptionist**
**Rm 107- Office of the City Clerk, 121 N LaSalle St, Chicago, IL 60602**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 21, 2019**
*Date*

*Signature of Server*  Curt Marcucci

Hogan Investigative Services, Inc
7529 N Oakley Ave, #1
Chicago, IL 60645
IL Agency Lic: 117.001699
*Address of Server*

The person with whom the documents were left is described as Female, White-Hispanic, age 55-60 yrs., brown hair, glasses.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.