**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Anjanette Young

                           Plaintiff,

v.                                                           Case No.: 1:19−cv−05312
                                                          Honorable John J. Tharp Jr.

The City of Chicago, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 6, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:This case is set for an initial status conference on 9/26/19 at 9:00 a.m. The parties are directed to review the procedures for initial status conferences, located at [https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==], and to submit the required initial status report no later than 9/19/19. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.