**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANJANETTE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge John. J. Tharp |
| -vs | ) | |
| | ) | Magistrate Judge Schenkier |
| THE CITY OF CHICAGO; CHICAGO POLICE OFFICERS ALAIN APORONGAO; ALEX J. WOLINSKI; and UNKNOWN CHICAGO POLICE OFFICERS, | ) | Case No.: 19-cv-05312 |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant City of Chicago ("the City"), by and through its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, and for its Motion for Extension of Time, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), states as follows:

1. Plaintiff filed her Complaint on August 16, 2019. ECF No. 1.

2. Plaintiff alleges federal constitutional and state law violations stemming from events allegedly occurring on February 21, 2019. *See generally* ECF No. 1.

3. The City was served on August 21, 2019. Counsel for Defendant Officers will file their appearance upon confirmation that Defendant Officers have been served and are accepting representation from the City's Department of Law .

4. It is also anticipated that Plaintiff, based on her counsel's oral conversations with undersigned counsel, will file an amended complaint to potentially add up to 10 additional officers as defendants.

5. This motion is on behalf of the City, but, in the interest of efficiency, the City requests that this extension apply to all Defendants.

6. In order to properly prepare a responsive pleading, Defendants need additional time to obtain and review relevant documents and to meet with all current and anticipated Defendant Officers.

7. The City proposes the following plan: 14 days, or until September 25, 2019, for Plaintiff to file an amended complaint; and 45 days thereafter, or until November 11, 2019, for all defendants to file an answer or otherwise plead to Plaintiff's Amended Complaint.

8. This motion is not brought for any improper purpose, but rather to allow Defendants sufficient time to prepare the most appropriate responsive pleading. No prejudice will result to Plaintiff by the granting of this motion.

**WHEREFORE**, the City respectfully requests this Court to grant all Defendants an extension of time until November 11, 2019 to answer or otherwise plead to Plaintiff's anticipated Amended Complaint.

Dated: September 11, 2019

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

BY: *<u>/s/ Marques Berrington</u>*
Marques Berrington
Assistant Corporation Counsel

Mary Katherine McClelland, Assistant Corporation Counsel Supervisor
Kyle Rockershousen, Assistant Corporation Counsel
Marques Berrington, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, IL 60602

(312) 744-6995
Atty. No. 6320300
marques.berrington@cityofchicago.org