IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANJANETTE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge John. J. Tharp |
| -vs ) | |
| ) | Magistrate Judge Schenkier |
| THE CITY OF CHICAGO; CHICAGO ) | |
| POLICE OFFICERS ALAIN APORONGAO; ) | Case No.: 19-cv-05312 |
| ALEX J. WOLINSKI; and UNKNOWN ) | |
| CHICAGO POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Keenan J. Saulter
Saulter Law P.C.
900 Ridge Road, Suite 200
Homewood, IL 60430
kjs@saulterlaw.com

On **Tuesday, September 24, 2019, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp, or any judge sitting in his stead, in the Courtroom usually occupied by him of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and present the foregoing **DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

I hereby certify that on September 11, 2019, I electronically filed the foregoing **DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system.

*/s/ Marques Berrington*
Marques Berrington
Assistant Corporation Counsel

Mary Katherine McClelland, Assistant Corporation Counsel Supervisor
Kyle Rockershousen, Assistant Corporation Counsel
Marques Berrington, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900

Chicago, IL 60602
(312) 744-6995
Atty. No. 6320300
marques.berrington@cityofchicago.org