# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anjanette Young

                    Plaintiff,

v.                                      Case No.: 1:19−cv−05312
                                          Honorable John J. Tharp Jr.

The City of Chicago, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 13, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:On the Court's own motion, the motion hearing scheduled for 9/24/19 is stricken and re−set for 9/26/19 at 9:00 a.m. The initial status conference scheduled for 9/26/19 at 9:00 a.m. will proceed as scheduled. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.