# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anjanette Young

                        Plaintiff,

v.                                                                  Case No.: 1:19−cv−05312
                                                                          Honorable John J. Tharp Jr.

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing held. Plaintiff's counsel, who was unable to appear for today's hearing, telephoned the Court and advised that Plaintiff does not oppose the City of Chicago's motion for extension of time [9]. The motion is granted. Plaintiff's anticipated amended complaint is due by 10/11/19. Defendants' responses to the amended complaint are due by 11/22/19. If a response is by motion, it is to be noticed for presentment the week after Thanksgiving. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.