# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANJANETTE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge John. J. Tharp |
| -vs ) | |
| ) | Magistrate Judge Schenkier |
| THE CITY OF CHICAGO; CHICAGO ) | |
| POLICE OFFICERS ALAIN APORONGAO; ) | Case No.: 19-cv-05312 |
| ALEX J. WOLINSKI; and UNKNOWN ) | |
| CHICAGO POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant City of Chicago ("the City"), by and through its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves this honorable Court for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint by December 23, 2019. In Support thereof, Defendant States as follows:

1.  On October 12, 2019, Plaintiff filed her Amended Complaint pursuant to 42 U.S.C. § 1983, alleging that Defendant City and Chicago Police Officers violated her constitutional rights. [ECF 15]. Plaintiff brings additional claims under Illinois law. *Id.*

2.  The deadline for Defendant City to file a responsive pleading is currently November 22, 2019. [ECF 14].

3.  Counsel for Defendant City anticipates that Counsel for Defendant Officers will file their appearances upon confirmation that Defendant Officers have been served and are accepting representation from the City's Department of Law.

4. Upon information and belief, as the date of this filing, Defendant Officers have not been served.

5. In order to properly prepare a responsive pleading, Defendants need additional time to meet with all Defendant Officers once they have been served.

6. Defendant City respectfully requests an extension of time of 32 days (from November 22, 2019 to December 23, 2019) to file a responsive pleading to Plaintiff's Amended Complaint.

7. This motion is brought in good faith and is not intended to cause undue delay.

8. Counsel for Defendant City, Kyle Rockershousen, e-mailed counsel for Plaintiff, Keenan J. Saulter on November 21, 2019. Plaintiff has no objection to this motion.

**WHEREFORE**, the City respectfully requests this Court to grant all Defendants an extension of time until December 23, 2019 to answer or otherwise plead to Plaintiff's Amended Complaint.

Dated: November 22, 2019.

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

BY:     */s/ Kyle Rockershousen*
Kyle Rockershousen
Assistant Corporation Counsel

Mary Katherine McClelland, Assistant Corporation Counsel Supervisor
Kyle Rockershousen, Assistant Corporation Counsel
Marques Berrington, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-0742
Atty. No. 6321396
Kyle.rockershousen@cityofchicago.org