# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anjanette Young

                      Plaintiff,

v.                                                   Case No.: 1:19−cv−05312
                                                        Honorable John J. Tharp Jr.

The City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant City of Chicago's unopposed motion for extension of time to file answer [16] is granted. No appearance on the motion is required. Responses to the Amended Complaint by all defendants are due December 23, 2019. A status hearing will be held on 1/9/20 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.