# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anjanette Young

                              Plaintiff,

v.                                                                 Case No.: 1:19−cv−05312
                                                                              Honorable John J. Tharp Jr.

The City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2020:

       MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants' third motion for extension of time to answer or otherwise plead [19] is granted. Defendants' responsive pleadings to the amended complaint are due by 1/24/2020. Initial status conference set on 2/7/2020 at 9:00 a.m. Parties to submit a status report by 1/31/2020. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.