# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 19-cv-5312

Anjanette Young v. City of Chicago et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Alain Aporangao, Alex Wolinski, Bryan Mordan, Gabriel Cruz, Michael Orta, Joseph Lisciandrello, Michael Donnelly, Tito Jimenez, Filip Bieniasz, Nikola Saric, Cody Maloney, Eric Acevedo, Ella French, and Jose Villa

| | |
|---|---|
| NAME (Type or print) <br> Elizabeth K. Hanford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elizabeth K. Hanford | |
| FIRM <br> City of Chicago, Department of Law | |
| STREET ADDRESS <br> 30 N. LaSalle St., Ste. 900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6324009 | TELEPHONE NUMBER <br> (312) 742-5113 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |