# Exhibit A

The People of the State of Illinois to all peace officers of the state

# SEARCH WARRANT

On this day P.O. Alain Aporongao #4870, Chicago Police Department, 011th District, Complainant and J. Doe has subscribed and sworn to a complaint for a search warrant before me. Upon Examination of the complaint, I find that it states facts sufficient to show probable cause.

## I therefore command that you search:

SIMPSON, Andy L., a Male Black, IR#2257884, DOB ███████, approximately 6'03", 180lbs, with medium complexion

## and the premises:

164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois, a Grey brick 3 story apartment building with a red front door

## and seize the following instruments, articles and things:

Black semi-auto handgun, ammunition, any articles or documents establishing residency, any locked containers and any other illegal contraband.

## which have been used in the commission of, or which constitute evidence of the offense of:

UNLAWFUL USE OF WEAPON BY FELON 720 ILCS 5/24-1.1 (a)

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge  _[signature]_    or before any court of competent jurisdiction.

_[signature]_  2207
JUDGE        Judge's No.

Date and time of issuance: 2/21/19 10 PM

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

**P.O. Alain Aporongao #4870, Chicago Police Department, 011th District, Complainant and J. Doe now appears before the undersigned judge of the Circuit Court of Cook County and the request the issuance of a search warrant to search.**

SIMPSON, Andy L., a Male Black, IR#2257884, DOB [redacted], approximately 6'03", 180lbs, with medium complexion

### and the premises:

164 N. Hermitage Ave. 1st Floor Apartment, Chicago, Cook County, Illinois, a Grey brick 3 story apartment building with a red front door

### and seize the following instruments, articles and things:

Black semi-auto handgun, ammunition, any articles or documents establishing residency, any locked containers and any other illegal contraband.

### which have been used in the commission of, or which constitute evidence of the offense of:

UNLAWFUL USE OF WEAPON BY FELON 720 ILCS 5/24-1.1 (a)

**Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:**

I, Officer Alain Aporongao #4870, have been a Chicago Police Officer for over 6 years and during that time I have been assigned to the 011th District I have been involved in numerous search warrants and weapon related investigations. On 20FEB2019, I, Officer Alain Aporongao #4870, met with an individual whom from here on will be referred to as J. Doe for the purpose of safety and anonymity. J. Doe stated that with in the last 48 hours, J. Doe went to 164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois, to meet an individual J. Doe has known for over 10 years and during that time J. Doe has known SIMPSON, Andy L., IR#2257884 to reside at 164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois, for approximately the last 3 months. J. Doe stated while inside 164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois, SIMPSON, Andy L., IR#2257884 retrieved a semi-auto black handgun from his front waist band and showed J. Doe. J. Doe stated that SIMPSON, Andy L., IR#2257884 ejected the black magazine and showed J. Doe the live ammunition from the semi-automatic handgun. J. Doe stated that he knows the handgun was real because of his familiarity with hand guns and

Subscribed and sworn to before me on _2/21/19 10:15 AM_

COMPLAINANT

JUDGE / Judge's No.

STATE OF ILLINOIS                                   THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

# COMPLAINT FOR SEARCH WARRANT

having fired a gun multiple times before.

J. Doe described the building located at 164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois, a Grey brick 3 story town house with a red front door.

On 20FEB2019, Officer Alain Aporongao #4870 was able to discover a picture of SIMPSON, Andy L., IR#2257884 on the Chicago Data Warehouse System. I, Officer Alain Aporongao #4870 showed this picture to J. Doe and J. Doe immediately identified the picture of SIMPSON, Andy L., IR#2257884 to that of SIMPSON, Andy L., IR#2257884 who resided at 164 N. Hermitage Ave. 1st floor apartment Chicago, Cook County, Illinois the individual s/he observed in the possession of the firearm. On 20FEB2019 I, Officer Alain Aporongao #4870 drove J. Doe to the apartment building that was clearly marked 164 N. Hermitage Ave Chicago, Cook County, Illinois and J. Doe identified that building as the one SIMPSON, Andy L., IR#2257884 resides in 1st floor apartment. I, Officer Alain Aporongao #4870, discovered SIMPSON, Andy L., IR#2257884 is a convicted felon under docket #15CR1135902.

J. Doe's criminal history, including possible pending investigations, if any, has been presented and been made available to the undersigned Judge. J. Doe swore to the contents of this complaint, and was made available to the undersigned Judge for questioning.

Subscribed and sworn to before me on        2/21/19  10:15 PM        COMPLAINANT   4870

JUDGE                                Judge's No.