# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANJANETTE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge John. J. Tharp |
| -vs | ) | |
| | ) | Magistrate Judge Schenkier |
| THE CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Case No.: 19-cv-05312 |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Keenan J. Saulter
      Saulter Law P.C.
      900 Ridge Road, Suite 200
      Homewood, IL 60430
      kjs@saulterlaw.com

On **Thursday, February 6, 2020, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp, or any judge sitting in his stead, in the Courtroom usually occupied by him of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and present the foregoing **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW.**

I hereby certify that on January 24, 2020, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system.

By: */s/ Elizabeth K. Hanford*
ELIZABETH K. HANFORD
Assistant Corporation Counsel III
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5113
Atty. No. 6324009
Elizabeth.Hanford@cityofchicago.org