## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 19-CV-5312

Young vs. City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Alain Aporangao, Alex Wolinski, Bryan Mordan, Gabriel Cruz, Michael Orta, Joseph Lisciandrello, Michael Donnelly, Tito Jimenez, Filip Bieniasz, Nikola Saric, Cody Maloney, Eric Acevedo, Ella French, and Jose Villa

| | |
|---|---|
| **NAME** (Type or print) <br> Nathan A. Shine | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Nathan A. Shine | |
| **FIRM** <br> City of Chicago Department of Law | |
| **STREET ADDRESS** <br> 30 N LaSalle Street, Suite 900 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6316753 | **TELEPHONE NUMBER** <br> 312-744-4030 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |