# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Young v. City of Chicago, et al.      Case Number:   19 C 5312

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Caroline Fronczak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Caroline Fronczak | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS   30 N. LaSalle Street, Suite 900 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284817 | TELEPHONE NUMBER  312-744-5216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                         APPOINTED COUNSEL | |