# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anjanette Young

Plaintiff,

v.

The City of Chicago, et al.

Defendant.

Case No.: 1:19–cv–05312

Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

> MINUTE entry before the Honorable John J. Tharp, Jr:The Court is in receipt of the defendants' joint motion to dismiss for failure to state a claim [23]. The hearing on the motion is stricken and reset for 2/7/20 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.