**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number:        19 cv 5312
*Young v. City of Chicago, et al.,*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Officers Alain Aporangao, Alex Wolinski, Bryan Mordan, Gabriel Cruz, Michael Orta, Joseph Lisciandrello, Michael Donnelly, Tito Jimenez, Filip[ Bieniasz, Nikola Saric, Cody Maloney, Eric Acevedo, Ella French, and Jose Villa

| | |
|---|---|
| NAME (Type or print) Jessica L. Griff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) */s/ Jessica L. Griff* | |
| FIRM Office of the Corporation Counsel, City of Chicago | |
| STREET ADDRESS 30 North LaSalle Street, Suite 900 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER 6309134 | TELEPHONE NUMBER (312) 744-2826 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐         NO **X**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐         NO **X**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES **X**     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

   RETAINED COUNSEL                                    APPOINTED COUNSEL