UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Anjanette Young

                Plaintiff,

v.                                                         Case No.: 1:19−cv−05312
                                                            Honorable John J. Tharp Jr.

The City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing held. Status hearing set for 4/16/20 at 9:00 a.m. Defendants' joint motion to dismiss [23] is taken under advisement. Plaintiff's response to the motion is due by 3/6/20; Defendants' reply is due by 3/20/20. The Court will rule via CM/ECF notice. Discovery limited to production of body camera video is permitted, as discussed in open court. Parties to submit a proposed confidentiality agreement via e−mail to proposed_order_Tharp@ilnd.uscourts.gov on or before 2/14/20 (clean and redlined versions). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.