**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Anjanette Young

                Plaintiff,

v.                                           Case No.: 1:19−cv−05312
                                                Honorable John J. Tharp Jr.

The City of Chicago, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Court construes Plaintiff's "Motion to Dismiss Count 1 pursuant to FRCP 41 and Transfer Jurisdiction over the Remaining State Court Counts to the Appropriate State Court" [36] as a voluntary dismissal of her claims without prejudice pursuant to Rule 41(a)(1)(A)(i). So construed, the motion is granted; no appearance is required. All claims in this case are dismissed without prejudice. If plaintiff wishes to pursue claims based on state law in state court, this dismissal does not preclude her from doing so. The Court cannot, however, "transfer" jurisdiction or claims to the state court. Any scheduled hearings in this matter are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.