## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Anjanette Young

                      Plaintiff,

v.                                        Case No.: 1:19−cv−05312
                                                Honorable John J. Tharp Jr.

The City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 14, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant;s motion to enjoin CBS 2 from violating the court's confidentiality order [38] is denied. CBS 2 is not a party to this case and is not subject to the confidentiality order. The motion is denied without prejudice to the request for sanctions against plaintiff. The Court will set a further hearing in regards to the sanction motion shortly.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.