**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANJANETTE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs ) | Case No.: 19-cv-05312 |
| ) | |
| THE CITY OF CHICAGO; CHICAGO POLICE ) | |
| OFFICERS ALAIN APORONGAO, STAR NO. ) | |
| 4871; ALEX WOLINSKI, STAR NO. 2605; ) | |
| BRYAN MORDAN, STAR NO. 11437; ) | |
| GABRIEL CRUZ, STAR NO. 2844; MICHAEL ORTA, ) | |
| STAR NO. 11485; JOSEPH LISCIANDRELLO; ) | |
| STAR NO. 119362; MICHAEL DONNELLY, ) | |
| STAR NO. 13784; TITO JIMENEZ, STAR NO. 14955; ) | |
| FILIP BIENIASZ, STAR NO. 15454; NIKOLA SARIC, ) | |
| STAR NO. 18200; CODY MALONEY, STAR NO. 13032;) | |
| ERIC ACEVEDO, STAR NO. 13560; ) | |
| OFFICER FRENCH,STAR NO. 15013; OFFICER VILLA,) | |
| STAR NO. 14319, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SUPPLEMENT IN SUPPORT OF ITS MOTION FOR SANCTIONS**

Defendants City of Chicago ("Defendant City"), by and through its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, and the Individual Defendants, by and through one of their attorneys, Nathan Shine, Assistant Corporation Counsel, hereby supplement their Motion for Sanctions. In support of this supplement, Defendants state as follows:

1. On December 14, 2020, the Court issued the following order in connection with the instant motion, which stated in part:

**The Court will set a further hearing in regards to the sanction motion shortly.**

1

2.     While this case was dismissed, at plaintiff's counsel's request, on March 10, 2020, the Court's Agreed Confidentiality Protective Order, to which both sides agreed, clearly remained in force. The motion outlined the conduct of plaintiff's counsel, Kennan Saulter, as opposed to any conduct of the plaintiff personally. See, e.g., Dkt. # 38 at ¶¶ 5, 6, 12, 15-16.

3.     Public reporting and social media postings provide evidence that plaintiff's attorney either willfully violated this Court's Confidentiality Order or, as an Officer of the Court, acquiesced in the violation of this Court's order. (*See* Group Exhibit A, Public Reporting and Social Media postings.)

4.     To date, Mr. Saulter has not responded to Counsel or the filings before this Court, but has given public interviews regarding the motion filed on December 14.[1]

5.     Defendants file this supplement to clarify that they sought sanctions against Mr. Saulter as the plaintiff's attorney, not Ms. Young personally.

6.     In light of the fact that selected portions of video have been released, we hereby advise the Court that the City intends to release the remaining videos in their entirety, with appropriate redactions related to Plaintiff's privacy. Defendants seeks leave of Court to release these videos, to the extent that leave is required.

Dated: December 16, 2020          Respectfully submitted,

                                  MARK A. FLESSNER
                                  Corporation Counsel of the City of Chicago

                                  By: /s/*Marques Berrington*
                                  Assistant Corporation Counsel
                                  2 North LaSalle Street, Suite
                                  Chicago, Illinois 60602

---

[1] *See* https://www.chicagotribune.com/politics/ct-chicago-raid-lightfoot-sanctions-20201215-sc6kd7pukbgppgdtqfpsee7cha-story.html)

Phone- 312-744-6995
Atty. No. 632300
*Counsel for Defendant City of Chicago*

Respectfully submitted,
By: */s/Nathan Shine*

Nathan Shine
Assistant Corporation Counsel
2 North LaSalle Street, Suite
Chicago, Illinois 60602
Phone- 312-744-4030
Atty. No. 6316753
*Counsel for the Individual Defendants*