EXHIBIT A

12/15/2020    'You Have the Wrong Place:' Body Camera Video Shows Moments Police Handcuff Innocent, Naked Woman During Wrong Raid – CBS Chicago

Case: 1:19-cv-05812 Document #: 42-1 Filed: 12/16/20 Page 2 of 44 PageID #:161

DOWNLOAD OUR APP     Don't Miss CBS Chicago's Award-Winning News Content And Investigations; Click To Get The Ap…



CBS Chicago

☰ MENU    NEWS    WEATHER    SPORTS    VIDEO    BEST OF    CBSN Chicago WATCH NOW ▶

# 'You Have the Wrong Place:' Body Camera Video Shows Moments Police Handcuff Innocent, Naked Woman During Wrong Raid

By Dave Savini, Samah Assad, Michele Youngerman

By **Dave Savini**    December 15, 2020 at 11:05 am    Filed Under:   Anjanette Young,   Chicago Police,   Dave Savini,   Wrong Raids

Advertisement. Your video will resume in 22 seconds.



## FOLLOW US

## OUR | NEWSLETTER

Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

## MOST **VIEWED**


'You Have the Wrong Place:' Body Camera Video Shows Moments Police Handcuff Innocent, Naked Woman During Wrong Raid


Leon Taylor, Murder Suspect Being Extradited From Texas, Escapes Custody In Gary, Indiana


Lyft Driver Gets Into Fender Bender, Finds His Rideshare Insurance Doesn't Cover Damage


Watch At 10: Her Home Was Wrongly Raided; She Was Handcuffed Naked; Body Camera Video Tells the Story


Jeannie Morris, Trailblazing Sports Reporter And CBS 2 Legend, Dies At 85


Newlyweds Won't Be In Home For Christmas After Contractor Takes $9,000 And Leaves Work Undone

**CHICAGO (CBS)** — For the first time, police body camera video reveals what an innocent woman said happened to her nearly two years ago: police officers wrongly entered her home with guns drawn and handcuffed her naked as she watched in horror.

Last year, Anjanette Young filed a Freedom of Information Act (FOIA) request for the video to show the public what happened to her that day. CBS 2 also filed a request for the video. But the Chicago Police Department denied the requests.

ADVERTISING




**Man Found Shot To Death When Police Conduct Well-Being Check In Washington Park Neighborhood Home**


**2 Young Children Rescued From Back Of Car In Woodlawn; Adults In Car Had Apparently Overdosed**


**Man Charged With Crashing Into Two Cook County Sheriff's Police Cars On Eisenhower, Attempting To Flee Scene**


**Man Stabbed In Face On CTA Red Line Train Near Cermak-Chinatown Station**

Young recently obtained the footage after a court forced CPD to turn it over as part of her lawsuit against police.

"I feel like they didn't want us to have this video because they knew how bad it was," Young said. "They knew they had done something wrong. They knew that the way they treated me was not right."

Hours before the TV version of this report broadcast, the city's lawyers attempted to stop CBS 2 from airing the video by filing an emergency motion in federal court.

*If you believe police have wrongly entered your home, tell us about it* here.

The video reveals on Feb. 21, 2019, nine body cameras rolled as a group of male officers entered her home at 7 p.m. Not long before, the licensed social worker finished her shift at the hospital and had undressed in her bedroom.

That's when she said she heard a loud, pounding noise.

Outside, officers repeatedly struck her door with a battering ram. From various angles, the video captured the moments they broke down the door and burst through her home.

"It was so traumatic to hear the thing that was hitting the door," Young said, as she watched the video. "And it happened so fast, I didn't have time to put on clothes."

As they rushed inside with guns drawn, officers yelled, "Police search warrant," and "Hands up, hands up, hands up." Seconds later, Young could be seen in the living room, shocked and completely naked, with her hands up.

"There were big guns," Young remembered. "Guns with lights and scopes on them. And they were yelling at me, you know, put your hands up, put your hands up."

Young looked terrified and confused as she watched officers search the home. An officer put her hands behind her back and handcuffed her as she stood naked.

"What is going on?" Young yelled in the video. "There's nobody else here, I live alone. I mean, what is going on here? You've got the wrong house. I live alone."

"It's one of those moments where I felt I could have died that night," she said. "Like if I would have made one wrong move, it felt like they would have shot me. I truly believe they would have shot me."

And like so many other wrong raids CBS 2 uncovered, the one on Young's home could have been avoided.

Using body camera video and police and court records, CBS 2 pieced together – moment by moment – not only how Young was treated during the raid, but also how police failed to check the bad tip that led them there.

Young recently agreed to an interview to discuss the body camera video after she first spoke to CBS 2 last year. CBS 2 blurred portions of the video in which Young was unclothed.

With her hands bound behind her back, the video shows an officer wrapped a short coat around her shoulders. But the coat only covered her shoulders and upper back – leaving her front completely exposed as she stood against the wall. Officers stood around her home – in the kitchen, the living room and the hallways – while she remained naked.

"It felt like forever to me," she said. "It felt like forever."

About two minutes after police entered the home, an officer found a blanket and wrapped it around Young as she sobbed and repeatedly asked officers who they were looking for.

"They just threw something over me, and my hands are behind me and I'm handcuffed," Young said in an interview. "So there's no way for me to secure the blanket around me."

The blanket continued to slide open and expose her body. One video clip shows an officer stood in front of Young but made no attempt to cover her. Another officer walked over and held the blanket closed.

Young continued to beg police for answers.

"Tell me what's going on," she cried in the video.

"You've got the wrong house, you've got the wrong house, you've got the wrong house," Young repeated.

"There's no one else who lives in this apartment?" the sergeant asked.

"No, no one else lives here," Young said.

Young told police at least 43 times they were in the wrong home. She repeatedly asked them to allow her to get dressed and told them she believed they had bad information.

"Oh my God, this cannot be right," Young said during the raid. "How is this legal?"

Police did have bad information, CBS 2 Investigators uncovered, and they failed to do basic checks to confirm whether they had the correct address before getting the search warrant approved.

According to CPD's complaint for search warrant, one day before the raid, a confidential informant told the affiant – or lead officer on the raid – that he recently saw a 23-year-old man who was a known felon with gun and ammunition.

The document said the officer found a photo of the suspect in a police database and showed it to the informant, who confirmed it

was him. The officer then drove the informant to the address where the informant claimed the suspect lived.

Despite no evidence in the complaint that police made efforts to independently verify the informant's tip, such as conducting any surveillance or additional checks as required by policy, the search warrant was approved by an assistant state's attorney and a judge.

But CBS 2 quickly found, through police and court records, the informant gave police the wrong address. The 23-year-old suspect police were looking for actually lived in the unit next door to Young at the time of the raid and had no connection to her.

CBS 2 also found police could have easily tracked the suspect's location and where he really lived because at the time of the raid, he was wearing an electronic monitoring device.

"That piece of paper [search warrant] gives them the right to, you know, that says you can do X, Y, Z based on what's on that paper," Young said. "So if you get it wrong, you are taking 100 percent control of someone else's life and treating them in a bad way."

The body camera video also raises questions about the approval of the warrant. In one clip, officers in a squad car reviewed their notes and can be heard talking. CPD wouldn't comment when CBS 2 asked what the conversation meant.

"It wasn't initially approved or some crap," one officer said.

"What does that mean?" the second officer asked.

"I have no idea," the first officer said. "I mean, they told him it was approved, then I guess that person messed up on their end."

Citing an ongoing investigation by the Civilian Office of Police Accountability (COPA), CPD also wouldn't comment when CBS 2 asked about the raid or why officers acted solely on an informant's tip.

But the video shows Young made multiple attempts to ask CPD some of those same questions.

"Who are you looking for?" Young asked.

"I've been living here for four years and nobody lives here but me," she yelled.

"I'm telling you this is wrong," Young continued. "I have nothing to do with whoever this person is you are looking for."

This is not the first time police failed to do basic checks that would have contradicted bad information given by an informant. Last year, CBS 2 interviewed the Blassingame family who were wrongly raided by police in 2015. Jalonda Blassingame's young sons said officers pointed guns at them, leaving them traumatized, like dozens of other children CBS 2 interviewed as part of its two-year investigative series.

"I felt scared for my life," said her son Jaden, who was 10 at the time of the raid.

CBS 2 quickly found the suspect police were looking for had no connection to the Blassingames and had been in prison at the time of the raid for years.

That trauma experienced by innocent children and families as a result of wrong CPD raids was the subject of CBS 2's half-hour documentary, "[un]warranted." It also examines how Black and Latino families are disproportionately affected.

"They are adding trauma to people's lives that will be with them the rest of their lives," Young said. "Children have to grow up with that for the rest of their lives. The system is broken."

Many of the families interviewed, including Young, filed lawsuits against police. Keenan Saulter, Young's attorney, said he believes wrong raids are violating families' constitutional rights.

"If this had been a young woman in Lincoln Park by herself in her home naked, a young white woman — let's just be frank – if the reaction would have been the same? I don't think it would have been," Saulter said. "I think [officers] would have saw that woman, rightfully so, as someone who was vulnerable, someone who deserved protection, someone who deserved to have their dignity maintained. They viewed Ms. Young as less than human."

Young said the way officers treated and spoke to her during the raid amplified the trauma she experienced. The video shows she was visibly upset and afraid as she asked police questions, but did not immediately receive any answers about why officers were there.

"OK, OK, you don't have to shout," the sergeant said.

"I don't have to shout?" Young yelled. "This is f****** ridiculous. You've got me in handcuffs. I'm naked, and you kicked my house in. I keep telling you, you've got the wrong place."

Young cried during her interview when she remembered how police treated her.

"When I asked them to show me, when I asked them to tell me what they are doing in my house, and their response to me was just, shut up and calm down, that's so disrespectful," she said.

About 13 minutes into the raid, a female officer who later arrived walked Young to her room so she could get dressed, but put the handcuffs back on afterward. Police continued to question Young while she was clothed.

"Ma'am, there's no firearms in this place?" the sergeant asked.

"There's no gun in this place…no, no, no," Young answered. "I am a social worker…I've been a social worker for 20 years. I follow the law. I don't get in trouble for anything. I don't do illegal stuff. I'm not that person. You've got the wrong information."

The sergeant then told the affiant officer – the cop who got the warrant – to step outside.

"I want to have a conversation with you, let's go talk outside," the sergeant said.

But moments later, the officer's body camera turned off. CPD did not respond to questions about why the camera was turned off – a pattern CBS 2 found both during wrong raids and in CPD's every day interactions with civilians.

After nearly 20 minutes, police finally removed the handcuffs. Toward the end of the raid, the sergeant apologized to Young, the

video shows.

"I do apologize for bothering you tonight," the sergeant said. "I assure you that the city will be in contact with you tomorrow."

"Is there anything I can do right now?" the sergeant also asked.

"Just leave and let me move on, this is so crazy," Young said, still in tears.

"Again, I do apologize for meeting you this way," the sergeant said. "I will do everything I can do to get the door fixed."

Officers then attempted to fix her door with a hammer. When that didn't work, they tried to wedge an ironing board in between the door.

Young said it was "surreal" watching the body camera video of what happened to her nearly two years later.

"It's almost like a bad movie," she said. "I feel like I'm watching a movie, but those are no actors, I'm no actor, but this is my life and it happened to me."

In response to the city's emergency motion and efforts to stop CBS 2 from airing the body camera video, CBS 2's attorneys filed a response in federal court Monday night. They said the city's action is unconstitutional and an attempt to suppress CBS 2's reporting. While the report was being broadcast, a judge denied the city's motion.

Even though the incident happened in February of 2019, COPA did not open the investigation or contact Young until nine months later when CBS 2 first broke the story online.

On Nov. 25, 2020 – more than a year since COPA began investigating – COPA said it "is still in the process of serving allegations and conducting all necessary officer interviews."

While Young continues to live with trauma – that feeling of safety at home, she said, is lost – she leans on her church for healing and support. She believes she has a responsibility to use her voice to help protect others.

And if police don't make sure they have the correct address before conducting search warrants, she said, their actions will continue to traumatize innocent families.

"The work is warranted – they need to do the work," Young said. "But they need to do it right. They can't just callously do it and leave people's lives in ruins because they got it wrong."

## CBS2 Search Warrant Investigation

Has your home ever been entered by police either without a search warrant or with a warrant that had incorrect information? Tell us below so we can continue to investigate. As part of our research, we may follow up on this form. We will not publicize your personal information submitted in this form.

**Name** *

First          Last

**Email** *

**Phone Number**

\_\_\_ – \_\_\_ – \_\_\_\_
###    ###    ####

**Date of incident**

\_\_ / \_\_ / \_\_
MM    DD    YYYY

**Police department involved** *

**Description of incident** *

**Would you like to be contacted by CBS2?** *

○ Yes
○ No

**Also From CBS Chicago:**

- Man Found Shot To Death When Police Conduct Well-Being Check In Washington Park Neighborhood Home
- Woman Finally Gets Job After 10 Months, But Is Now Being Ordered To Pay State $31,000 Back — And Blames Fraud
- Man Charged With Crashing Into Two Cook County Sheriff's Police Cars On Eisenhower, Attempting To Flee Scene



**The Team Searching For Flight MH370 Discovered This On The Ocean Floor**

Elite Herald | Sponsored

**Goodbye 'Pawn Stars'? Chumlee Pleads Guilty**

Articles Stone | Sponsored

**We Ranked These Beautiful Women - Who Is Number 1?**

Habit Tribe | Sponsored

**Warning Signs of Metastatic Breast Cancer (Some Might Surprise You)**

Breast Cancer | Search Ads | Sponsored

**Research Joint Pain Treatments. Don't Let Joint Pain Slow You Down**

Yahoo Search | Sponsored

**The Prices For Roof Replacement In Chicago Can Surprise You**

Roof Replacement | Sponsored

**Chicago: Plumbing Services in your area - See Options**

Local Plumbing Assistance | Search Ads | Sponsored

**The Prices For Tree Removal In Chicago Can Surprise You**

Tree Services | Search Ads

12/15/2020    You Have The Wrong Place: Body Camera Video Shows Moments Police Handcuff Innocent Naked Woman During Wrong Raid – CBS Chicago

Case: 1:19-cv-05312 Document #: 42-1 Filed: 12/16/20 Page 10 of 44 PageID #:169

**Demi Moore Looks Different At 58**

InvestmentGuru

**"I Don't Want a Dog!" They Said… Look At Them Now**

Roaring Earth | Sponsored

**Get Stronger As You Get Older**

Power Life | Sponsored

**10 Crucial Exercises for Back Pain**

Fitness Engage | Sponsored

**The Best Dating Sites For Those Tired Of The Typical Dating Sites**

Bargainsmania

**We're Young, We're Living With HIV, and We've Come a Long Way**

TheBody

**The Secret to Reducing the Impact of the Pandemic**

Databazaar | Sponsored

**How Much Money Do You Really Get from a Reverse Mortgage?**

NewRetirement | Sponsored

**Can You Recognize These 16 Celebs As Young People?**

Puzzly.me | Sponsored

**The Actors Voices Behind Our Favorite Characters**

Drivepedia

**Celebrities Have Spoken Out About What They Think Of Ellen DeGeneres**

Affluent Times

**Seniors Under 82 Yrs Old May Get Up To $75k In Life Insurance For $15/mth**

12/15/2020 You Have The Wrong Place: Body Camera Video Shows Moments Police Handcuff Innocent Naked Woman During Raid – CBS Chicago

Case: 1:19-cv-05312 Document #: 42-1 Filed: 12/16/20 Page 11 of 44 PageID #:170

**Start Living Better** | Sponsored

## Top 35 Richest Pastors In The World

**StandardNews** | Sponsored

## Home Sanitization? See Cheap House Sanitizing Service Options

**House Sanitising Service | Search Ads** | Sponsored

### 5 easy steps to get ahead of your holiday finances with Simplifi by Quicken | Simplifi by Quicken Blog

**Simplifi by Quicken**

Click Here

### Florida Real Estate Prices Might Surprise You

**Florida Real Estate | Search Ads**

Sponsored

## 5 Signs That Something Is Wrong Inside Your Dogs Body

**Dr. Marty** | Sponsored

## Get Rid Of Your Timeshare

**Timeshare Cancelled** | Sponsored

## Common Symptoms of Hepatitis C

**Did U Know** | Sponsored

### 15 Tips to have charm and instantly become more attractive

etre-cadre.fr

### Put Garlic Under Your Pillow and This Will Happen to You

**Manuka Feed**

12/15/2020 'You Have the Wrong Place': Body Camera Video Shows Moments Police Handcuff Innocent, Naked Woman During Wrong Raid – CBS Chicago

Case: 1:19-cv-05312 Document #: 42-1 Filed: 12/16/20 Page 12 of 44 PageID #:171

**Same Day Commercial Electric Repair Service In Chicago. Check Options**

**Commercial Electrician Services | Search Ads** | Sponsored

**Angel Investors - Find Local Angel Investors**

**AskForFunding.com** | Sponsored

**How Kilimanjaro's Supported A Popular Bible Story**

**Zen Herald** | Sponsored

**Symptoms of Rheumatoid Arthritis Might Not Be So Obvious**

Arthritis Research

**The Beans and Legumes That Are Best for Your Health**

Healthline

◉ **CBS Chicago**

Follow Us

**NEWS**
Chicago News
Investigative
Politics
Consumer
HealthWatch
Entertainment

**SPORTS**
Chicago Sports
Bulls
Cubs
White Sox
Bears
Blackhawks

**OTHER**
Chicago Weather
Best Of
Only CBS
Travel

**CONTACT US**
CBS 2
Connect
Advertise
Contest & Promotion Rules

**CORPORATE**
About Us
Advertise
Ad Choices
CBS Television Jobs

©2020 CBS Broadcasting Inc. All Rights Reserved.
Powered by WordPress.com VIP

By viewing our video content, you are accepting the terms of our Video Services Policy
Privacy Policy    Terms of Use    California Privacy/Info We Collect    Do Not Sell My Personal Information
Mobile User Agreement    Public File for WBBM-TV / CBS 2    Public Inspection File Help    FCC
Applications    EEO Report

< **Posts** KJSESQ2 Follow

 kjsesq2 •••



 cbschicago

200 views

**kjsesq2** This never should've happened.

View all 4 comments

3 days ago

       



# Keenan Saulter

**Posts**    About    Mentions    Friends 4997    More      👤 **Add Friend**   🔍



### Do you know Keenan?
To see what he shares with friends, send him a friend request.

👥 1 Mutual Friend          Add Friend

### Intro
🕐 Joined June 2008





Saulter Law P.C.

When Do We Breathe Part

**Keenan Saulter** is 😠 feeling angry.
10 hrs · 

Anjenette Young is a brave woman. This never should've happened. She feared for life, was humiliated, disrespected and treated like less than human.

To make matters worse, the Chicago Police Department and the Corporation Counselor's office tried to bury this video and act as if nothing happened.

Saulter Law P.C. will do everything in our power to obtain JUSTICE for Ms. Young.

She deserves dignity, respect and Justice!!!

### Photos
See All Photos







😮❤️👍 75          20 Comments   11 Shares

👍 Like      💬 Comment      ↗ Share

### Friends
See All Friends

         

  

L'Amour

 

Bari Zaka    Jade Lucas    Jake Mitchell

 

Orlando O    Quentin Bourne    Angela Diane
Grant                                    1 mutual friend

Privacy · Terms · Advertising · Ad Choices  · Cookies ·
More · Facebook © 2020

**Mike Crenshaw**
I just watched this on the news. This is a grave injustice. I really hope that you are able to get justice for her. Please make Chicago pay dearly for this, and those officers need to be fired.
Like · Reply · 7h   1

**Alvin C Jacobs Jr**
Do work!   1
Like · Reply · 5h

**Raymond Braxton**
Yes please get justice for that woman **Keenan Saulter** 2
Like · Reply · 5h

**Dakarai Thompson**
Besides the injustice to your client, when they start talking settlement and numbers, that money will not come from the CPD budget! They won't learn until their pay is tied to their performance.
Like · Reply · 4h   2

**Brian Gorman**
I saw you on the news yesterday regarding this story. Get they asses man. That was ridiculous, and it happens more often than they care to disclose
Like · Reply · 4h   2

**Michael Drayton Sr.**
prayers and support bro.
Like · Reply · 4h   1

**Bryan Hilton**
https://youtu.be/lWgnVSss0hg


YOUTUBE.COM
The Video And Story Chicago Went To Federal Court To Hide From You

Like · Reply · 4h   2

**Janet L. Salter**
Do it sir like only a Saulter/Salter can! Supporting you and praying for redemption and vindication for this young lady who works as a social worker to take care of others daily! This is heart wrenching! 💜💜💜
Like · Reply · 4h · Edited   1

**Rita Marie**
Hold them accountable! She got the best on her side!
Like · Reply · 4h   1

**Danata Andrews**
Get em!   2
Like · Reply · 4h

**Ron Gray**
My prayers are with you. Show out!
Like · Reply · 4h   1

**Demetrius Cole**
Be safe brotheren
Like · Reply · 3h   2

**Jamila Aisha**
This is horrible! Get their asses!
Like · Reply · 3h   1

**Brian Keith**
Unfortunately I was en route to work when this was on the news. That is sad how that lady was treated. You would think they had learned their lessons from covering up their mistakes.
Like · Reply · 2h · Edited   1

**Zeidre Parker-Foster**
This is outrageous, get em cousin!
Like · Reply · 2h   2



         

**Joe Anderson**
You got her Frat!!
Like · Reply · 2h

**Henry Brown**
#ALLGASNOBRAKES
Like · Reply · 1h

**Litesa E. Wallace**
This infuriates me!
Like · Reply · 1h

**Ja'Mal D Green**
I want to help. Send info. Thanks
Like · Reply · 9m

**Keenan Saulter**
11 hrs ·



CNN.COM
**After 250 years, Native American tribe regains ownership of Big Sur ancestral lands**

  11      3 Shares

   Like      Comment      Share

Write a comment…

---

**Keenan Saulter**
11 hrs ·

The director of the White House's security office is reportedly recovering from Covid-19 after a difficult three-month hospitalization which involved the amputation of his right foot and lower leg, one of the most horrific cases to emerge out of a wave of infections that has swept through the White House.



FORBES.COM
**White House Security Director Suffers Amputations, Three-Month Hospital Stay For Covid-19**

25      8 Shares

   Like      Comment      Share

 

Case: 1:19-cv-05312 Document #: 42-1 Filed: 12/16/20 Page 17 of 44 PageID #:176










**Keenan Saulter**
12 hrs · 



CHICAGO.CBSLOCAL.COM | BY CBS CHICAGO
**'You Have the Wrong Place:' Body Camera Video Shows Moments Police Handcuff Innocent, Naked Woman...**

😮😢👍 5                                    2 Comments  1 Share

  Like      Comment      Share

View 1 more comment

**Alena Washington**
This is sad 😢. I was really feeling for her.

At the same time, I am so proud that she is represented by Attorney Keenan Saulter! Get Um Keenan!

Like · Reply · 1h

Write a comment...

   



12/15/2020 Keenan Saulter | Facebook

    



    

12/15/2020      Keenan Saulter | Facebook







12/15/2020











12/15/2020

Keenan Saulter | Facebook

        

12/15/2020  Keenan Saulter - Facebook

 



Case: 1:19-cv-05312 Document #: 42-1 Filed: 12/16/20 Page 27 of 44 PageID #:186

   

12/15/2020    Keenan Saulter | Facebook






12/15/2020 Keenan Saulter Facebook






12/15/2020
Keenan Saulter | Facebook








    





 **Keenan Saulter**

 Add Friend  

## Friends

See All Friends

4,997 (1 mutual)


**Tony Thedford**


**Stephanie L'Amour**


**Jay Mallory**


**Bari Zaka**


**Jade Lucas**


**Jake Mitchell**


**Orlando O Grant**



**Quentin Bourne**


**Angela Diane**
1 mutual friend

 **Keenan Saulter**
December 11 at 11:13 PM · 🌐 · · ·

Please watch the CBS 2 10 p.m. news Broadcast on Monday night about one of Saulter Law P.C.'s very important cases.

Dave Savini and his team continue doing amazing and groundbreaking work in their series Unwarranted.

**https://m.facebook.com/story.php?
story_fbid=10225338888043503&id=1362366343**



**Dave Savini**
December 11 at 10:54 PM · 🌐

She was naked when police raided her home and we have the body cams. Changing into PJs . Humiliated. It was the wrong home again! We continue our Peabody, … **See More**







Keenan Saulter

**Intro**

Joined June 2008

Keenan Saulter is 😠 feeling angry.
10 hrs · 🌐

Anjenette Young is a brave woman. This never should've happened. She feared for life, was humiliated, disrespected and treated like less than human.

To make matters worse, the Chicago Police Department and the Corporation Counselor's office tried to bury this video and act as if nothing happened.

Saulter Law P.C. will do everything in our power to obtain JUSTICE for Ms. Young.

She deserves dignity, respect and Justice!!!

**Photos**  See All Photos

       



## Saulter Law P.C.
@SaulterLawPC · Legal Service

Call Now

---

Saulter Law P.C.

Call Now    Like    Message

Photo/Video    Check in    Tag Friends

Saulter Law P.C. is a law firm that assists individuals and families when they have been injured due to the negligence of a third party, we have recovered Millions of Dollars in jury verdicts and settlements for our clients.

No Attorney's Fees Unless We Win or Settle Your Case

1,007 people like this

1,018 people follow this

http://www.saulterlaw.com/

(312) 986-8335

Send Message

kjs@saulterlaw.com

Price Range · Not Applicable

Legal Service

### Suggest Edits

Is this the right phone number for this page?

**+13129868335**

Yes    Unsure    No

### Photos                    See All

Saulter Law P.C.
10 hrs · 

Anjenette Young is a brave woman. This never should've happened. She feared for life, was humiliated, disrespected and treated like less than human.

To make matters worse, the Chicago Police Department and the Corporation Counselor's office tried to bury this video and act as if nothing happened.

Saulter Law P.C. will do everything in our power to obtain JUSTICE for Ms. Young.

She deserves dignity, respect and Justice!!!



+8





Most Relevant

Write a comment...

Nancy Graham Miller
I'm extremely thankful you're there for her, Keenan.
Like · Reply · 3h

Like    Comment    Share

## Videos    See All



0:30

**This never should've happened.**
😮 1
26 Views · 2 days ago

Saulter Law P.C. is 😠 feeling angry.
12 hrs · 
https://chicago.cbslocal.com/.../you-have-the-wrong.../amp/



CHICAGO.CBSLOCAL.COM | BY CBS CHICAGO
'You Have the Wrong Place:' Body Camera Video Shows
Moments Police Handcuff Innocent, Naked Woman...

Like    Comment    Share

## 📘 Page Transparency    See All

Facebook is showing information to help you
better understand the purpose of a Page. See
actions taken by the people who manage and
post content.

Page created - May 17, 2019

Saulter Law P.C.
Yesterday at 3:04 AM · 

https://m.facebook.com/story.php?
story_fbid=10158237438084272&id=507124271

## Related Pages

The Law Offices of Mat...     Like
Criminal Lawyer

Shammas Law Office     Like
Personal Injury Lawyer

The Longe Law Firm, LL...     Like
DUI Lawyer

## Add Your Business to Facebook

Showcase your work, create ads and connect
with customers or supporters.

Create Page



+4

👍 1

Like    Comment    Share

Write a comment...

Privacy · Terms · Advertising · Ad Choices ▪ · Cookies ·
More · Facebook © 2020

         

December 12 at 1:21 PM ·

ever should've happened.



cbschicago

😮 1

Like     Comment     Share

Write a comment...

---

**Saulter Law P.C.**
December 11 at 11:14 PM ·

Please watch the CBS 2 10 p.m. news Broadcast on Monday night about one of Saulter Law P.C.'s very important cases.

Dave Savini and his team continue doing amazing and groundbreaking work in their series Unwarranted.

**https://m.facebook.com/story.php?
story_fbid=10225338880043503&id=1362366343**





**Dave Savini**
December 11 at 10:54 PM ·

She was naked when police raided her home and we have the body cams. Changing into PJs . Humiliated. It was the wrong home again! We continue our Peabody, ... **See More**

👍😡 5            1 Comment

Like     Comment     Share

Most Relevant

Write a comment...





Like · **Reply** · 3d



**Saulter Law P.C.**

🔵 **Page Transparency**   See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - May 17, 2019

**Related Pages**

The Law Offices of Mat...
Criminal Lawyer                    👍 Like

Shammas Law Office
Personal Injury Lawyer            👍 Like

The Longe Law Firm, LL...
DUI Lawyer                         👍 Like

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

**Saulter Law P.C.**
December 11 at 11:14 PM · 🌐

Please watch the CBS 2 10 p.m. news Broadcast on Monday night about one of Saulter Law P.C.'s very important cases.

Dave Savini and his team continue doing amazing and groundbreaking work in their series Unwarranted.

https://m.facebook.com/story.php?
story_fbid=10225338888043503&id=1362366343

**Dave Savini**
December 11 at 10:54 PM · 🌐

She was naked when police raided her home and we have the body cams. Changing into PJs . Humiliated. It was the wrong home again! We continue our Peabody, ... **See More**



