# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Anjanette Young

Case Number: 19-cv-05312

An appearance is hereby filed by the undersigned as attorney for:
Keenan J. Saulter

Attorney name (type or print): Craig M. Sandberg

Firm: Sandberg Law Office, P.C.

Street address: P.O. Box 182

City/State/Zip: Deerfield, Illinois 60015

Bar ID Number: 6257836
(See item 3 in instructions)

Telephone Number: (833) 726-3237

Email Address: craig@sandberglaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/16/2020

Attorney signature: S/ Craig M. Sandberg
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participates in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system including the following:

Keenan J. Saulter
SAULTER LAW P.C.
900 Ridge Road, Suite 3SE
P.O. Box 1475
Homewood, Illinois 60430
***(Counsel for the Anjanette Young)***

Marques Berrington
Nathan Shine
CITY OF CHICAGO, DEPARTMENT OF LAW
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
***(Counsel for the Defendants)***

By: /s/Craig M. Sandberg
CRAIG M. SANDBERG