## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:                          Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                       Telephone Number:
(See item 3  in instructions)

Email Address:

Are you acting as lead counsel in this case?          Yes          No

Are you acting as local counsel in this case?         Yes          No

Are you a member of the court's trial bar?            Yes          No

If this case reaches trial, will you act as the trial attorney?   Yes   No

If this is a criminal case, check your status.        Retained Counsel

                                                      Appointed Counsel
                                                      If appointed counsel, are you
                                                      a    Federal Defender

                                                           CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:     S/_____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 17, 2020, I electronically filed the foregoing with

the Clerk of the Court for the United States District Court for the Northern District of Illinois

by using the CM/ECF system. I certify that all participates in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system including the

following:

Keenan J. Saulter
SAULTER LAW P.C.
900 Ridge Road, Suite 3SE
P.O. Box 1475 Homewood, Illinois 60430
***(Counsel for the Anjanette Young)***

Marques Berrington
Nathan Shine
CITY OF CHICAGO, DEPARTMENT OF LAW
2 North LaSalle Street, Suite 420 Chicago, Illinois 60602
***(Counsel for the Defendants)***

By: <u>/s/Craig M. Sandberg</u>
   CRAIG M. SANDBERG