UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anjanette Young

                        Plaintiff,

v.                                                 Case No.: 1:19−cv−05312
                                                          Honorable John J. Tharp Jr.

The City of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 17, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr: Counsel has filed a transcript of proceedings as an exhibit to a brief. [43] That practice is inconsistent with the Court's policy to restrict public dissemination of transcripts from public review for a 90−day period to permit a standard process for requesting and processing transcript redactions. See [DE 46]. Parties who seek to include transcripts as exhibits and attachments in filings should do so in accordance with the procedures set forth in Local Rule 26.2 for filing exhibits under seal. Accordingly, the Clerk is directed to seal [DE 43]. Persons in need of DE 43 before that transcript becomes publicly available may order a copy through the Court Reporter. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.