IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANJANETTE YOUNG, )<br>)<br>                      Plaintiff, )<br>)<br>-vs                             )<br>)<br>THE CITY OF CHICAGO; CHICAGO POLICE )<br>OFFICERS ALAIN APORONGAO, STAR NO. )<br>4871; ALEX WOLINSKI, STAR NO. 2605; )<br>BRYAN MORDAN, STAR NO. 11437; )<br>GABRIEL CRUZ, STAR NO. 2844; MICHAEL ORTA, )<br>STAR NO. 11485; JOSEPH LISCIANDRELLO; )<br>STAR NO. 119362; MICHAEL DONNELLY, )<br>STAR NO. 13784; TITO JIMENEZ, STAR NO. 14955; )<br>FILIP BIENIASZ, STAR NO. 15454; NIKOLA SARIC, )<br>STAR NO. 18200; CODY MALONEY, STAR NO. 13032;)<br>ERIC ACEVEDO, STAR NO. 13560; )<br>OFFICER FRENCH,STAR NO. 15013; OFFICER VILLA,)<br>STAR NO. 14319, )<br>)<br>                      Defendants. ) | Case No.: 19-cv-05312 |

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION FOR SANCTIONS AGAINST ATTORNEY SAULTER**

Defendants City of Chicago ("Defendant City"), by and through its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, and the Individual Defendants, by and through one of their attorneys, Nathan Shine, Assistant Corporation Counsel, hereby withdraws their Motion for Sanctions against Attorney Saulter for violating this Court's Confidentiality Order. In support of this Motion, , Defendants state as follows:

1. The action sought against the CBS2 news station was a mistake and we formally withdraw that request to the court even though the court has previously ruled on that motion.

2. At no time did the City ever seek sanctions against Ms. Young, and to remove any doubt, we specifically affirm that no such sanctions were ever sought against Ms. Young.

3. As to attorney Saulter, we formally withdraw our motion for sanctions. We take very seriously our responsibility as officers of the court and were very concered that a violation of a court order had occurred.

4. Nonetheless, at Mayor Lightfoot's urging, we believe that it is appropriate to withdraw our motion for sanctions against Attorney Saulter. The Mayor believes and we agree that we should give Attorney Saulter the benefit of the doubt that he did not appreciate that the court's confidentiality order continued in full force and effect, even after the voluntary dismissal of the case in March 2020. For these reasons, we withdraw our motion for sanctions against Attorney Saulter and urge no action against him by the court.

Dated: December 18, 2020

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

By: /s/*Caroline Fronczak*
Deputy Corporation Counsel
2 North LaSalle Street, Suite
Chicago, Illinois 60602
Phone- 312-744-5126
Atty. No. 6284817
*Counsel for Defendant City of Chicago*

Respectfully submitted,
By: /s/*Nathan Shine*

Nathan Shine

Assistant Corporation Counsel
2 North LaSalle Street, Suite
Chicago, Illinois 60602
Phone- 312-744-4030
Atty. No. 6316753
*Counsel for the Individual Defendants*