UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anjanette Young

          Plaintiff,

v.                   Case No.: 1:19−cv−05312
                  Honorable John J. Tharp Jr.

The City of Chicago, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 18, 2020:

  MINUTE entry before the Honorable John J. Tharp, Jr: The Defendants' motion to withdraw their motion for sanctions against Attorney Saulter [49] is granted. The requirement that Attorney Saulter file a response brief to the defendants' motion for sanctions is, accordingly, stricken. The Court nevertheless has its own concerns about noncompliance with, and enforcement of, its orders and, accordingly, the telephonic hearing set for 12/22/20 at 11:00 a.m., remains as scheduled. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.