IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANJANETTE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19-cv-05312 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Hon. John J. Tharp, Jr., |
| Defendants, | ) | Judge Presiding. |
| | ) | |
| and. | ) | |
| | ) | |
| KEENAN J. SAULTER, | ) | |
| | ) | |
| Respondent. | ) | |

### RESPONDENT KEENAN J. SAULTER'S MOTION TO EXTEND THE TIME TO FILE A SUPPLEMENTAL BRIEF RELATED TO ISSUES RAISED AND/OR DISCUSSED ON DECEMBER 22, 2020

Respondent Keenan J. Saulter, by his attorneys, Sandberg Law Office, P.C., through Craig M. Sandberg, and the Law Offices of Rahsaan A. Gordon, P.C., through Rahsaan A. Gordon, hereby files his Motion to Extend to File a Supplemental Brief Related to Issues Raised and/or Discussed on December 22, 2020, in support thereof, Respondent states as follows:

1. This Court held a hearing relating to issues surrounding the February 20, 2020 Protective Order that the Court entered on December 22, 2020.

2. During that hearing, the Court provided the Respondent Attorney Keenan J. Saulter an opportunity to file a Supplemental Brief relating to his

position on the issue of Sanctions and various issues that were discussed during the hearing.

3. The Court ordered that any filing should be made by January 8, 2021.

4. Following the December 22, 2020 hearing, Respondent ordered a transcript of the hearing on December 24, 2020 (with a 7-day delivery request).

5. The Respondent received the transcript on December 30, 2020.

6. As such, the Respondent requests that this Honorable Court grant him a one-week extension to file his Supplemental Brief until January 15, 2021.

**WHEREFORE** for the foregoing reasons, Respondent Attorney Keenan J. Saulter respectfully requests that this Honorable Court extend the deadline for the Respondent to file his Supplemental Brief from January 8, 2021 until January 15, 2021 and any other such relief as this Court deems just and proper.

By: /s/ *Keenan J. Saulter*
Attorney Keenan J. Saulter
Respondent

Keenan J. Saulter
**Saulter Law P.C.**
P.O. Box 1475
900 Ridge Road, Suite 3SE
Homewood, Illinois 60430
708.573.0060 Telephone
708.573.0061 Facsimile
kjs@saulterlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANJANETTE YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:19-cv-05312 |
| CITY OF CHICAGO, *et al.*, | ) ) | Hon. John J. Tharp, Jr., |
| Defendants, | ) ) | Judge Presiding. |
| and. | ) ) | |
| KEENAN J. SAULTER, | ) ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the following document:

**Respondent Keenan J. Saulter's Motion to Extend the Time to File a Supplemental Brief relating to Issues Raised and/or Discussed on December 22, 2020** was served on January 7, 2021, in accordance with Fed. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers.

By: /s/ *Keenan J. Saulter*
Attorney Keenan J. Saulter
Respondent

Keenan J. Saulter
**Saulter Law P.C.**
P.O. Box 1475
900 Ridge Road, Suite 3SE
Homewood, Illinois 60430
708.573.0060 Telephone
708.573.0061 Facsimile
kjs@saulterlaw.com