IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANJANETTE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs | ) | Case No.: 19-cv-05312 |
| | ) | |
| THE CITY OF CHICAGO; CHICAGO POLICE OFFICERS ALAIN APORONGAO, STAR NO. 4871; ALEX WOLINSKI, STAR NO. 2605; BRYAN MORDAN, STAR NO. 11437; GABRIEL CRUZ, STAR NO. 2844; MICHAEL ORTA, STAR NO. 11485; JOSEPH LISCIANDRELLO; STAR NO. 119362; MICHAEL DONNELLY, STAR NO. 13784; TITO JIMENEZ, STAR NO. 14955; FILIP BIENIASZ, STAR NO. 15454; NIKOLA SARIC, STAR NO. 18200; CODY MALONEY, STAR NO. 13032; ERIC ACEVEDO, STAR NO. 13560; OFFICER FRENCH, STAR NO. 15013; OFFICER VILLA, STAR NO. 14319, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITY FILING FOR THE COURT'S CONSIDERATION OF SANCTIONS AGAINST ATTORNEY SAULTER

Defendant City of Chicago ("Defendant City"), by and through its attorney, Celia Meza, Acting Corporation Counsel of the City of Chicago, hereby submits this filing and attached letter for the Court's consideration. In support of this filing, Defendant City states as follows:

1. As previously stated by the City, the action sought on December 14, 2020, against the CBS2 news station was a mistake and Defendants' formally withdrew that request to the court even though the court had previously ruled on that motion.

2. As to Attorney Saulter, on December 18, 2020, the Defendants' formally withdrew the Motion for Sanctions against Attorney Saulter, which this court granted.

3. While this court made clear that that no filing on the matters currently under consideration by the court was expected from the City, nonetheless, this filing and attached letter (Exhibit A) from Mayor Lightfoot is submitted for consideration by the court.

Dated: January 15, 2021        Respectfully submitted,

CELIA MEZA
Acting Corporation Counsel of the City of Chicago

By: /s/*Caroline Fronczak*
Deputy Corporation Counsel
2 North LaSalle Street, Suite
Chicago, Illinois 60602
Phone- 312-744-5126
Atty. No. 6284817
*Counsel for Defendant City of Chicago*