Exhibit A



## OFFICE OF THE MAYOR
### CITY OF CHICAGO

**LORI E. LIGHTFOOT**
MAYOR

January 15, 2021

The Honorable John J. Tharp, Jr.
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Room 1478
Chicago, IL 60604

Dear Judge Tharp,

    I write to ask the court to not seek sanctions against attorney Keenan Saulter in the above matter.

    Since the city withdrew its ill-advised *Motion to Enjoin CBS from violating the Court's Confidentiality Order and Motion for Sanctions Against Plaintiff* on December 14, 2020, I have personally learned more about the underlying case at issue and I had the opportunity to have an extended conversation with Ms. Anjanette Young and her counsel Attorney Saulter (with City Counsel present as well). On the basis of that interaction and other information that has come to me about Attorney Saulter, I believe that his conduct regarding the videos at issue in this matter was an aberration.

    I take my role as an officer of the court very seriously, as all lawyers should. I recognize that a letter of this type, from someone in my position is unusual. Nonetheless, I felt compelled to share my personal belief regarding the conduct by Attorney Saulter that is under consideration. As you are aware, 2020 was an extraordinarily difficult year for our city. The contents of the video showing officers in Ms. Young's home, and the particular circumstances she was forced to endure were very hard to watch, and for me, they were frankly gut-wrenching. The whole circumstance added to a significant burden of trauma, fear and mistrust that many of our residents were already bearing. Our city needs to heal and get to a better place on this and a number of other issues as this new year begins.

    I appreciate the court's consideration.

Respectfully,

*Lori E. Lightfoot*
Lori E. Lightfoot
Mayor