# Exhibit B

FILED DATE: 12/16/2020 10:55 AM   2020CH07306

**From:** Anjanette Young <span style="background:black">█████████████████████</span>
**Sent:** Friday, November 1, 2019 5:38:41 PM
**To:** foia@chicagopolice.org <foia@chicagopolice.org>
**Subject:** Body Camera Video Request

Greeting

Please find attached a personal request for body Camera Video.

--

Exhibit A


**Body cam FOIA letter.docx**
157K

FILED DATE: 12/16/2020 10:55 AM   2020CH07306

Date: 11-1-2019

Dear FOIA Officer,

This is a request under the Illinois Freedom of Information Act.

I am requesting any and all video recorded from officers' body worn cameras during a search warrant that was executed on my home, 164 N. Hermitage Ave., 1st floor apartment, on February 21, 2019. I am requesting video from the body worn camera of each officer, respectively, who responded and was on scene. The warrant number is 19SW5247.

I would like to emphasize that I am a subject captured in the body worn camera video. Pursuant to 50 ILCS 706/10-20 (b)(3), "upon request, the law enforcement agency shall disclose, in accordance with the Freedom of Information Act, the recording to the subject of the encounter captured on the recording or to the subjects attorney, or the officer or his or her legal representative."

I look forward to hearing from you within five business days, as required by state FOIA law. Please acknowledge receipt of this FOIA request.

Signature

*Anjanette Young* (signature)
Client

Anjanette Young
[redacted]