# EXHIBIT C

FILED DATE: 12/16/2020 10:55 AM   2020CH07306

**From:** Anjanette Young <█████████████████████>
**Sent:** Friday, November 8, 2019 3:34:05 PM
**To:** Chicago Public Safety <chicagops@mycusthelp.net>
**Subject:** Re: Non-Commercial Police FOIA Request :: P537723-110419

Greetings

You will find attached to this email your request for a PDF copy of my government issued driver license.

Thank You

On Fri, Nov 8, 2019 at 12:39 PM Chicago Public Safety <chicagops@mycusthelp.net> wrote:

> --- ---
>
> Please provide us with a Government issued ID in PDF form.
>
> Thank you
>
> --

Exhibit C

FILED DATE: 12/16/2020 10:55 AM   2020CH07306

**Driver License.pdf**
120K