# Exhibit D

| | | |
|---|---|---|
| **Lori Lightfoot**<br>Mayor | **Department of Police · City of Chicago**<br>3510 S. Michigan Avenue · Chicago, Illinois 60653 | **Eddie.T. Johnson**<br>Superintendent of Police |

November 12, 2019

<u>Via Email:</u>
███████████████████
Anjanette Young

RE:     NOTICE OF RESPONSE TO FOIA REQUEST
        FOIA FILE NO.:     P537723

Dear Anjanette Young

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request.

> "I am requesting any and all video recorded from officers' body worn cameras during a search warrant that was executed on my home, 164 N. Hermitage Ave., 1st floor apartment, on February 21, 2019. I am requesting video from the body worn camera of each officer, respectively, who responded and was on scene. The warrant number is 19SW5247."

Under the Freedom of Information Act, a public body may extend the time to respond to a FOIA request by up to 5 business days for a limited number of reasons. Pursuant to Section 5 ILCS 143/3(e) of the Act, the CPD is extending the time to respond to your request by 5 business days from the original due date for the following reason(s):

1. The requested records require examination and evaluation by personnel having the necessary competence and discretion to determine if they are exempt from disclosure or should be revealed only with the appropriate deletions.

2. There is a need for consultation, which shall be conducted with all practicable speed, with another public body or among two or more components of any public body having a substantial interest in the determination or in the subject matter of the request.

A response will be sent to you on or before November 19, 2019.

Sincerely,

P. Rodriguez
Freedom of Information Act Officer
Chicago Police Department
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653

Exhibit D