# EXHIBIT E



| Lori E. Lightfoot<br>Mayor | **Department of Police • City of Chicago**<br>3510 South Michigan Avenue • Chicago, Illinois 60653 | Eddie T. Johnson<br>Superintendent of Police |

FILED DATE: 12/16/2020 10:55 AM    2020CH07306

November 19, 2019

**Via Email:**
anjanettelyoung.11@gmail.com
Anjanette Young

**RE**:     NOTICE OF RESPONSE TO FOIA REQUEST
          FOIA FILE NO.:     P537723

Dear Ms. Young:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request, received for the following:

> "I am requesting any and all video recorded from officers' body worn cameras during a search warrant that was executed on my home, 164 N. Hermitage Ave., 1st floor apartment, on February 21, 2019. I am requesting video from the body worn camera of each officer, respectively, who responded and was on scene. The warrant number is 19SW5247."

CPD reviewed your request and it was determined that your request for Body Worn Camera footage is denied.

The file that you requested (2019-0004600) is a pending investigation. Therefore, this file is exempt from inspection and copying under 5 ILCS 140/7(1)(d)(i) and (ii). Our factual basis for this file was compiled in our administrative investigations into allegations of police misconduct pursuant to our establishing ordinance (Chicago Municipal Code 2-78-100 et. Seq) and disclosure of such file will interfere with our pending and active investigation into this matter such that our investigation is compromised if witnesses who have yet to meet with our office are able to review the materials in our possession, including but not limited to the statements of other witnesses, accused, and complainants. *See, e.g.*, *Clark v. City of Chicago*, 10cv1803, 2010 U.S. Dist. Lexis 88124 (N.D. Ill. Aug 25, 2010); *Santiago v. City of Chicago*, 09cv3137, 2010 U.S. Dist. Lexis 29198 (N.D. Ill. Mar. 26, 2010).

You have a right of review by the Illinois Attorney General's Public Access Counselor, who can be contacted at 500 S. Second St., Springfield, IL 62706 or by telephone at 877-299-3642. You may also seek judicial review under 5 ILCS 140/11.

Exhibit E

FILED DATE: 12/16/2020 10:55 AM 2020CH07306

Sincerely,

P. Rodriguez
Freedom of Information Act Officer
Chicago Police Department
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653
foia@chicagopolice.org